TRACI TALBOT
3592 E Wanamingo Drive
Wasilla, AK 99654
Petitioner, *Pro Se*



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

MC 11-0001 -PHX-DGC

| | |
|---|---|
| **TRACI TALBOT,** | ) **CASE NO.** |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) **PETITION TO QUASH IRS** |
| **UNITED STATES OF AMERICA,** | ) **THIRD PARTY SUMMONS** |
| **INTERNAL REVENUE SERVICE, and** | ) |
| **ALEX MEDLEY, IRS SPECIAL** | ) |
| **AGENT,** | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

COMES NOW TRACI TALBOT, Petitioner, *pro se*, and petitions this Court to quash an Internal Revenue Service Third Party Administrative Summons.

## JURISDICTION

1. This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5 U.S.C. § 552(a).[1]

2. Venue is proper, because the custodian of records and records sought (the subject of this controversy) by the summonses to Wells Fargo Bank, is within the United States District Court for the District of Arizona, Phoenix Division. One additional Summons was issued to Bank of America located in the Central District of California, Western Division.[2] Petitioner contends that judicial economy and the convenience of the parties dictates that these summonses should be heard together. Petitioner will seek counsel to consider whether a motion should be made to change the venue to The District of Alaska where Petitioner and Respondents, are all located.[3] This is also the venue where all records are to be produced.

## PARTIES

---

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

[2] 28 U.S.C. Section 7609(h) states – "The United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear and determine any proceeding brought under subsection (b)(2), (f), or (g)." Thus, the Motion to Quash the IRS Summons in the four other cases have been filed in their respective Districts and States. However, see footnote 3, below.

[3] Section 7402(b)'s language (shared with Section 7604(a) and 7609(h)) -- "the district court of the United States for the district in which such person resides or may be found" -- is not a grant of subject matter jurisdiction but "is in the nature of a venue provision." *United States v. Hankins*, 581 F.2d 431, 439 n.11 (5th Cir. 1978) ("Montgomery characterizes this statute as a grant of subject matter jurisdiction, but we think this assertion incorrect.").

3. The Petitioner in this action is TRACI TALBOT, (Talbot), whose address is 3592 E Wanamingo Drive, Wasilla, AK 99654.

4. The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and ALEX MEDLEY, IRS Special Agent (Medley).

5. Medley is the IRS official that issued the alleged summonses which are the subject of this controversy. Medley's mailing address is 44539 Sterling Highway, Suite 101, Soldotna, AK 99689

6. The Third Party from whom IRS seeks records is:

   a) Wells Fargo Bank whose mailing address is 2700 South Price Road Chandler, AZ 85286-7804

7. The third party summons was issued to Wells Fargo Bank on November 29, 2010.(See Exhibit "A" the IRS summons issued to Wells Fargo Bank, a true and correct copy attached hereto.) On or about December 27, 2010 Wells Fargo Bank is scheduled to comply with the IRS summons, surrendering Talbot's records to the IRS.

## CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Talbot alleges as follows:

### I. First Cause of Action Against Respondents

8. The IRS is in violation of the statutory summons process as they failed to provide Talbot advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Talbot with a record of persons contacted by IRS about Talbot as required

by Section 7602(c)(1)&(2).

## II. Second Cause of Action Against Respondents

9. Talbot alleges upon information and belief that the Summonses, and each of them, were issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section7602(d)(2)(A).

## III. Third Cause of Action Against Respondents

10. Because of the violations and abuses of the summonses process as alleged within paragraphs 8 and 9, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell* [4] standard.

## IV. Fourth Cause of Action Against Respondents

11. Respondents contrary to law have caused, or will cause, Talbot's records to be turned over to the Respondents in violation of the Privacy Laws of the United States of America.

## V. Fifth Cause of Action Against Respondents

12. Respondents contrary to law will cause, or has caused, Talbot's records to be turned over to the Respondents in violation of the Constitutional and Statutory Privacy Laws of the State of Alaska.

## PRAYER FOR RELIEF

Wherefore, Talbot respectfully requests that this Court:

1. QUASH the third party administrative summonses of November 29, 2010, to Wells Fargo Bank for the records pertaining to Traci Talbot.

2. ORDER that the IRS turn over to Talbot a copy of any and all summonses and request for

---

[4] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

documents that were issued to third parties that were issued by IRS to any Third Parties to obtain records.

3. ORDER that the IRS turn over to Talbot any and all records that were or will be obtained, in its investigation of Talbot by any means that were not in full compliance with the summonsing provisions of the Internal Revenue Code Section 7602, et seq. and Section 7609, et seq.

4. ORDER Respondent to pay Talbot $1,000.00 for each violation of the State and Federal Privacy Laws.

5. Grant any and all other relief that the Court deems just and prudent, the foregoing considered.

Dated: 12-22-10

_____
TRACI TALBOT, *Pro Se* Petitioner



# Summons

In the matter of  Traci L. Talbot, of 3592 E. Wanamingo Dr., Wasilla, AK 99654
Internal Revenue Service (Division):  Examination Division
Industry/Area (name or number):  Small Business/Self-Employed Division, Anchorage, AK.
Periods: for the calendar years 2007, 2008, and 2009.

## The Commissioner of Internal Revenue

To: Wells Fargo Bank, N.A. ,Legal Order Processing

At: 2700 South Price Road, Chandler, AZ 85248

You are hereby summoned and required to appear before  Alex Medley, Revenue Agent, or his designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

For the periods specified above, please furnish all books, papers, records, and other data concerning all accounts in which the above name individual is identified as having any ownership interests, signatory privileges, rights to make withdrawals, or for which the above named individual is shown as trustee, co-signer, guardian, custodian, or beneficiary. This includes but is not limited to Icon Bronze and any other organization assigned, owned or controlled by Traci L. Talbot.

Please see the Attachment to Summons for additional instructions.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
44539 Sterling Highway, Suite 101, Soldotna, AK 99669     Telephone (907) 262-9385

**Place and time for appearance at** Internal Revenue Service, 44539 Sterling Highway, Suite 101, Soldotna, AK 99669

**IRS**

on the  27th  day of  December  2010  at  10:00  o'clock  a. m.
Issued under authority of the Internal Revenue Code this  29  day of  November , 2010.

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

_[signature]_
Signature of issuing officer

_[signature]_
Signature of approving officer (if applicable)

Revenue Agent
Title

Group Manager
Title

Part C — to be given to noticee

EXHIBIT "A"

ATTACHMENT TO SUMMONS/SUBPEONA

Issued to: Wells Fargo Bank N.A.
In the matter of: Traci L. Talbot (SSN#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)
Address: 3592 E Wanamingo Dr., Wasilla, Ak 99654
Periods: 2007, 2008, and 2009

For the periods specified above, please furnish all books, papers, records, and other data concerning all accounts in which the above named individual is identified as having any ownership interests, signatory privileges, rights to make withdrawals, or for which the above named individual is shown as the trustee, co-signer, guardian, custodian, or beneficiary. This request for records includes, but is not limited to:

1. PRIVATE BANKING including all agreements, contracts, records, books, ledgers, and other documents relating to all of the "Private Banking" agreements and relationships.

2. SAVINGS ACCOUNT RECORDS including signature cards, ledger cards or records showing dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued, and exempt status documentation.

3. CHECKING ACCOUNT RECORDS including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records of all debit and credit memos, Forms 1099 issued, and exempt status documentation.

4. LOAN RECORDS including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans and records showing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

5. SAFE DEPOSIT BOX RECORDS including contracts, access records, and records of rental fees paid showing the date, amount, and method of payment (cash or check).

6. CERTIFICATES OF DEPOSIT, MONEY MARKET CERTIFICATES, AND RETIREMENT ACCOUNTS including applications, actual instruments, records of purchases and redemptions, checks issued on redemption, checks used to purchase certificates, any correspondence and any Forms 1099 issued, records showing the annual interest paid or accumulated, the dates of payment or dates interest was earned, checks issued for interest payments.

7. U.S. TREASURY NOTES AND BILLS including all records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes,

ATTACHMENT TO SUMMONS/SUBPEONA

including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated showing the dates and amount of interest paid or accumulated.

8. STOCKS AND BONDS including all agreements, contracts, applications for account, signature cards, mutual fund accounts, commodity accounts, margin accounts, or other accounts. Such records include cash receipts, confirmation slips, securities delivered receipts, statement of account, notifications of purchase or sale, representative's stock record, account executive worksheets, correspondence, ledger sheets, cash in slips, buy and sell slips, or other records of these transactions. Documentation and correspondence about stock, municipal or corporate bond transactions, and financial counseling on any of the above.

9. CREDIT CARD RECORDS including the above named individuals application, signature card, any credit or background investigations conducted, correspondence about the credit card accounts, monthly billings statements, individual charge invoices, repayment records showing the dates, amounts, and method (cash or check) of repayment, checks used to make repayments (front and back).

10. PURCHASES OF BANK CHECKS including cashier's teller's, or traveler's checks records, or money order records including the check register, file copies of the checks or money orders, records showing the date and source of payment for such checks or money orders.

11. OTHER RECORDS including records of Currency Transactions Reports (Form 4789), certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records include those that show the date and amount of the transaction, method (cash or check) and source of payment, destination, recipient, instruments, and statements of transactions.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

## CERTIFICATE OF SERVICE
### (Judicial Summons Not Required)

I, TRACI TALBOT, certify that **pursuant to IRC §7609(b)(2)(B)** true copies of the attached "Petition To Quash IRS Third Party Summons" have been served, on this 22th day of December, 2010, via Certified Mail to each of the following parties:

Cert. Mail # 7010 1060 0002 0043 4853
Internal Revenue Service, ALEX MEDLEY, Special Agent
44539 Sterling Highway, Suite 101
Soldotna, AK 99689

Cert. Mail # 7010 1060 0002 0043 4778
Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Cert. Mail # 7010 1060 0002 0043 4839
Dennis K. Burke United States Attorney
Two Renaissance Square 40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
(602) 514-7500

Cert. Mail # 7010 1060 0002 0043 4815
Wells Fargo Bank, N.A.
Legal Order Processing
2700 South Price Road
Chandler, AZ 85286-7804
(480) 899-4872

*signature: Traci Talbot*
TRACI TALBOT, *pro se*
3592 E Wanamingo Drive
Wasilla, AK 99654

cc:
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Suite 130
Phoenix, AZ 85003
(602) 322-7200

**Mailing Address:**
same