DENNIS K. BURKE
United States Attorney
District of Arizona
Two Renaissance Square
40 North Central Avenue,
Suite 1200
Phoenix, Arizona 85004-4408

ANNE E. NELSON (AZ Bar No. 028069)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202)514-6632
Facsimilie:     (202) 307-0054
E-Mail:     anne.e.nelson@usdoj.gov
          Western.taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| TRACI TALBOT ) | Civil No. 11-mc-00001-DGC |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' MOTION TO DISMISS |
| UNITED STATES OF AMERICA, ) INTERNAL REVENUE SERVICE, ) ALEX MEDLEY, IRS SPECIAL AGENT ) | |
| Defendants. ) | |

The United States of America, by and through the undersigned counsel, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby submits this Motion to Dismiss Petitioner Traci Talbot's Petition To Quash IRS Third Party Summons. Ms. Talbot seeks to quash an Internal Revenue Service ("IRS") summons issued to a third-party record-keeper, Wells Fargo Bank. As set forth in the memorandum of law filed herewith, the summons issued to Wells Fargo Bank has been withdrawn by the IRS. As such, the summons is no longer in effect and petitioner's claim should be dismissed as moot and the Court should grant the United States' Motion to dismiss the action in its entirety.

In support of this Motion, the United States concurrently submits a Memorandum of Points and Authorities, the Declaration of Anne E. Nelson, with the withdrawal letter issued by the IRS attached as an exhibit thereto.

Wherefore, the United States prays that this Court grant the United States' Motion and dismiss this proceeding with prejudice, in its entirety.

Respectfully submitted this 28th day of January, 2011.

        DENNIS K. BURKE
        United States Attorney

        s/ Anne E. Nelson

        ANNE E. NELSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044

        *Attorneys for the United States*