WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Traci Talbot,<br><br>               Petitioner,<br><br>vs.<br><br>United States of America; Internal Revenue Service; and Alex Medley, IRS Special Agent,<br><br>               Respondents. | No. MC-11-00001-PHX-DGC<br><br>**ORDER** |

Petitioner Traci Talbot commenced this action by filing a petition to quash a third party summons issued by the IRS to Wells Fargo Bank. Doc. 1. Respondents have filed a motion to dismiss on the ground that the summons has been withdrawn. Doc. 3. The motion is supported by a copy of the letter withdrawing the summons and the declaration of government counsel. Doc. 3-2. Petitioner has filed no response, and the time for doing so has expired. *See* LRCiv 7.2(c). Because withdrawal of the summons renders the petition to quash moot, the motion to dismiss will be granted. *See also* LRCiv 7.2(i).

**IT IS ORDERED:**

1. Respondents' motion to dismiss (Doc. 3) is **granted**.
2. The petition to quash IRS third party summons (Doc. 1) is **dismissed**.

3. The Clerk is directed to terminate this action.

Dated this 15th day of March, 2011.

*David G. Campbell*
United States District Judge